**Entered on Docket
September 14, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF2
09-75416

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-23484-mkn |
| Jacqueline D. Graybill | Date: 8/26/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association. as Trustee for Structured Asset Securities Corporation Trust 2006-WF2. its assignees and/or successors in interest, of the subject property, generally described as 6462 Saddle Up Avenue #102, Henderson, NV 89015.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____2009

Submitted by:
**WILDE & ASSOCIATES**

By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas. Nevada 89107

APPROVED / DISAPPROVED

_____
Frank J. Sorrentino
1118 E. Carson Ave.
Las Vegas. NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x___    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any

unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has

approved or disapproved the order, or failed to respond, as indicated below (list each party and whether

the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _x___    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    Opposition filed and withdrawn by Debtor's counsel

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _x___    failed to respond to the document

Other Party:_____

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _____    failed to respond to the document

Submitted by:
_/s/ Gregory L. Wilde, Esq._

Gregory L. Wilde, Esq.

Attorney for Secured Creditor